# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MAXIMUS US SERVICES, INC.

NO.   2025 CW 0855

VERSUS

DR. COURTNEY N. PHILLIPS, IN
HER OFFICIAL CAPACITY AS THE
SECRETARY OF THE LOUISIANA
DEPARTMENT OF HEALTH

**NOVEMBER 26, 2025**

---

In Re:    Louisiana Department of Health, applying for supervisory
          writs, 19th Judicial District Court, Parish of East
          Baton Rouge, No. 713723.

---

**BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT DENIED.**

PMc
HG
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT